IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PAUL MICHAEL KRUPPE,

    Plaintiff,

    v.                              Case No. 3:22-242-WMC

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

    Defendant.

ORDER ON THE PARTIES' JOINT MOTION FOR REMAND FOR FURTHER PROCEEDINGS PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)

Pursuant to the power of this Court to enter a judgment affirming, modifying or reversing the Acting Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and in light of the parties' joint motion to remand this action, this Court now, upon review, hereby enters a judgment under sentence four of 42 U.S.C. § 405(g) reversing the Acting Commissioner's decision with a remand of the cause to the Commissioner according to the following terms. *See Shalala v. Schaefer*, 509 U.S. 292, 296 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89, 97-98 (1991).

On remand, the Appeals Council will remand the matter to an Administrative Law Judge (ALJ) with instructions to evaluate Plaintiff's mental and physical impairments and his residual functional capacity assessment; evaluate the medical

1

opinions and prior administrative findings; offer Plaintiff a new hearing; obtain supplemental vocational testimony, if warranted; and issue a new decision.

SO ORDERED this 23rd day of November 2022.

BY THE COURT:

HONORABLE WILLIAM M. CONLEY
United States District Judge

2